# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

IN RE: MEDICAL REVIEW PANEL                    NO.  2019 CW 1290
GEORGE F. ABRAMS


**DECEMBER 02, 2019**

---

In Re:    Thomas Abrams, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 665084.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.** The September 26, 2019 judgment finding relator, Thomas Abrams, in contempt and dismissing with prejudice his claim as to certain defendants appears to be a final appealable judgment. See La. Code Civ. P. art. 1915(A)(1) and (6). An appeal of a final judgment is taken by filing a motion for appeal in the district court, along with an order for the judge's signature showing the return date of the appeal, within the delays set out in La. Code Civ. P. art. 2087. The deadline for filing such a motion with the district court herein appears to be December 9, 2019. Filing documents directly with this court does not suspend the running of the appeal delays. **Strickland v. Layrisson,** 96-1280 (La. App. 1st Cir. 6/20/97), 696 So.2d 621, 624, writ denied, 97-1940 (La. 11/14/97), 704 So.2d 228.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT